UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY MINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SOUTHERN SHORES TOWN, KITTY HAWK | ) | 2:24-CV-42-BO-RN |
| TOWN, WES HASKETT, DAVID KOLE, MIKE | ) | |
| PALKOVICS, JASPER ROGERS, MIKE | ) | |
| TALLEY, MIKE MEREDITH, CAROLLA | ) | |
| WATERSPORTS, CLIFF OGBURN, | ) | |
| and LINDA LAUBY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
Plaintiff brought this action against two towns, their municipal officials, and several other private individuals and entities for alleged misconduct stemming from a house fire and a zoning amendment. DE 35. Before the court are three motions to dismiss filed by Defendant Linda Lauby [DE 42], the Southern Shores and Kitty Hawk Defendants [DE 45], and Defendants Mike Meredith and Corolla Watersports [DE 68], as well as a Memorandum and Recommendation ("M&R") issued by the Honorable Robert T. Numbers II [DE 84]. Judge Numbers recommends that this court dismiss Plaintiff's federal claims and decline to exercise supplemental jurisdiction over his remaining state law claims. *Id.* at 18-19. Plaintiff filed a timely objection. DE 85.

**IT IS ORDERED, ADJUDGED AND DECREED** the court adopts the findings and conclusions contained in the M&R as its own. Defendants' motions to dismiss [DE 42, 45, 68] are GRANTED. Plaintiff's §§ 1983, 1985 and 1986 claims are DISMISSED. The court declines to exercise supplemental jurisdiction over Plaintiff's claims for fraud, intentional interference with a contractual relationship, breach of contract, intentional infliction of emotional distress, and defamation. These state law claims are therefore DISMISSED WITHOUT PREJUDICE.

This case is closed.

**This judgment filed and entered on July 24, 2025, and served on:**
Anthony Mina (via CM/ECF Notice of Electronic Filing)
Norwood Blanchard, III (via CM/ECF Notice of Electronic Filing)
J. Nicholas Ellis (via CM/ECF Notice of Electronic Filing)
Sydney Davis (via CM/ECF Notice of Electronic Filing)

W. Dudley Whitley, III (via CM/ECF Notice of Electronic Filing)

                                  **PETER A. MOORE, JR., CLERK**

July 24, 2025                                /s/Lindsay Stouch
                                             By: Deputy Clerk